PEOPLE, PLAINTIFF AND APPELLEE, v. ROSENSTADT & WALLER,
DEFENDANTS AND APPELLANTS.

PEOPLE, PLAINTIFF AND APPELLEE, v. J. COHN & Co.,
DEFENDANTS AND APPELLANTS.

APPEALS from the District Court of Humacao in Prosecutions for Violations of the Minimum Wages Act.

Nos. 1528, 1529, 1530.—Decided December 10, 1920.

Decided on the grounds of the opinion delivered in the case of *People* v. *Rosenstadt & Waller*, *ante*, page 896.

Messrs. *Luis Mendín* and *O. B. Frazer* for the appellants.
Mr. *José E. Figueras, Fiscal,* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.